

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BAREE N. FETT**
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776

April 16, 2008

**BY FAX**
Honorable Victor Marrero
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-16-08

Re: Johnathan Stevens v. City, et al.
07 Civ. 11442 (VM)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in this matter. Defendants write to respectfully request an adjournment of the Initial Conference scheduled for May 9, 2008, to a time convenient to the Court after May 9, 2008.[1] On May 7, 2008, the undersigned will be undergoing a medical procedure, that cannot be rescheduled, and I will be out of the office from May 7, 2008, through May 9, 2008. Plaintiff's counsel consents to this application.

I thank the Court for its consideration of this matter.

Respectfully submitted,

Baree N. Fett (BF9416)
Assistant Corporation Counsel

---

[1] I also respectfully advise the Court that on May 16, 2008, the undersigned is scheduled for two court conferences in other matters.

Request GRANTED. The initial status conference herein is rescheduled to 5-23-08 at 4:30 p.m.

**SO ORDERED.**

4-16-08
DATE

VICTOR MARRERO, U.S.D.J.