

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BAREE N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776

May 21, 2008

**BY FAX**
Honorable Victor Marrero
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-22-08
```

Re: Johnathan Stevens v. City, et al.
07 Civ. 11442 (VM)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in this matter. Defendants write to respectfully request an adjournment of the Initial Conference scheduled for May 23, 2008, to a time convenient to the Court after June 13, 2008. Plaintiff's counsel consents to this application.

      Defendants originally requested an adjournment of the Initial Conference scheduled for May 9, 2008, because the undersigned had undergone a medical procedure and was not available to attend. The Court granted defendants' requested and adjourned the conference to May 23, 2008.

      Thereafter, the undersigned was engaged on trial in the matter of Echo Dixon v. Ragland, et al., 03-CV-0826, before the Honorable Laura Swain in the Southern District of New York, beginning May 12, 2008. An inquest on the same matter followed the conclusion of the Dixon trial. When this trial continued into the week of May 19, 2008, the undersigned sought the consent of plaintiff's counsel to adjourn the Initial Conference scheduled for May 23, 2008. Plaintiff's counsel consented to the request.

      The Dixon trial and inquest concluded today. However, in light of my previous request to plaintiff's counsel seeking his consent to adjourn the May 23rd conference, plaintiff's counsel has made other arrangement and now has a conflict on that date.

Thus, defendants respectfully request that the Initial Conference be adjourned to a time, convenient for the Court, after June 13, 2008.

Thank you for your consideration of this matter.

Respectfully submitted,

Barée N. Fett (BF9416)
Assistant Corporation Counsel

cc: Leo Glickman, Esq.
*Attorney for Plaintiff*
71 Nevins Street
Brooklyn, New York 11217

---

Request GRANTED. The _initial_ conference herein is rescheduled to _6-20-08_ at _9:45 a.m._

SO ORDERED.

_5-22-08_
DATE          VICTOR MARRERO, U.S.D.J.

2